STEPHANIE B. BRADSHAW (SBN: 170757)
ALYSON S. CABRERA (SBN: 222717)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
MERRITT COLLEGE
and SHIRLEY MACK

ORIGINAL FILED
OCT 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 5227

ELIZABETH SANTOS,

    Plaintiff,

vs.

MERRITT COLLEGE, SHIRLEY MACK, an individual and DOES 1-10, inclusive

    Defendants.

CASE NO.

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

I, Faith Harris, certify and declare as follows:

I am over the age of 18 years and not a party to this action

My business residence is Gordon & Rees LLP, 275 Battery Street, 20th Floor, San Francisco, California 94111, which is located in the city, county and state where the mailing described below took place.

On October 12, 2007 I caused to be mailed to the adverse party at the Law Offices of Bomark-Noel, 1124 East 14th Street, Suite B, San Leandro, California 94577 a copy of the Notice to State Court and Adverse Party of Filing of Notice of Removal to Federal Court dated October 12, 2007, a copy of which is attached to this certificate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 12, 2007 in San Francisco, California

*Faith Harris*

Faith Harris

-1-

Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Federal Question)

1  STEPHANIE B. BRADSHAW (SBN: 170757)
   ALYSON S. CABRERA (SBN: 222717)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendants
   MERRITT COLLEGE
6  and SHIRLEY MACK

7  **EXEMPT FROM FILING FEES**
   **(GOV. CODE § 6103)**

8

9           SUPERIOR COURT OF CALIFORNIA - COUNTY OF ALAMEDA

10                            HAYWARD BRANCH

11

12 ELizabeth SANTOS                     )  CASE NO. HG 07 335828
                                        )
13              Plaintiff,              )  NOTICE TO STATE COURT AND
                                        )  ADVERSE PARTY OF FILING OF
14      vs.                             )  NOTICE OF REMOVAL TO FEDERAL
                                        )  COURT
15 MERRITT COLLEGE, SHIRLEY MACK, an    )
   individual and DOES 1-10, inclusive  )
16                                      )
                Defendants.             )
17

18       PLEASE TAKE NOTICE that, on or about October 12, 2007, defendants MERRITT

19 COLLEGE and SHIRLEY MACK filed their Notice of Removal to Federal Court Pursuant to 28

20 U.S.C. § 1441(b) ("Notice of Removal") in the Office of the Clerk of the United States District

21 Court for the Northern District of California. A copy of the Notice of Removal, without exhibits,

22 is attached.

23 Dated: October 9, 2007                    GORDON & REES LLP

24

25                                           By: _____/s/ Alyson Cabrera_____
                                             Alyson Cabrera
26                                           Attorneys for Defendants
                                             MERRITT COLLEGE and SHIRLEY
27                                           MACK

28

-1-

Notice to State Court and Adverse Party of Removal – Case No. HG 07 335828

1  STEPHANIE B. BRADSHAW (SBN: 170757)
   ALYSON S. CABRERA (SBN: 222717)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendants
   MERRITT COLLEGE
6  and SHIRLEY MACK

7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 ELIZABETH SANTOS           )  CASE NO.
                              )
12              Plaintiff,    )  NOTICE OF REMOVAL OF ACTION
                              )  UNDER 28 U.S.C. § 1441(b)
13      vs.                   )  (FEDERAL QUESTION)
                              )
14 MERRITT COLLEGE, SHIRLEY MACK, an ) Request For Jury Trial
   individual and DOES 1-10, inclusive )
15                            )
                Defendants.   )
16

17 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

18      PLEASE TAKE NOTICE that Defendants MERRITT COLLEGE and SHIRLEY MACK

19 hereby remove to this Court the state court action described below.

20      1.    On July 16, 2007, an action was commenced in the Superior Court of the State of

21 California in and for the County of Alameda, entitled *Elizabeth Santos v. Merritt College,*

22 *Shirley Mack, et al.*, as Case No. HG 07 335828. On September 13, 2007, Plaintiff filed an

23 Amended Complaint in Case No. HG 07 335828.

24      2.    Plaintiff's Amended Complaint alleges causes of action based upon "violation of

25 42 U.S.C. § 1981.19" against these removing Defendants. Attached hereto are copies of the

26 pleadings filed in this action.

27      3.    This action is a civil action of which this Court has original jurisdiction under 28

28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the

1. provisions of 28 U.S.C. § 1441(b) in that it arises under "42 U.S.C. § 1981.19." This Court has supplemental jurisdiction over Plaintiff's state law claims, pursuant to 28 U.S.C. § 1367(a), as these claims appear to arise out of the same case or controversy.

4. All Defendants in this action consent to this Notice of Removal.

5. A copy of this Notice of Removal, without exhibits, is being filed with the Clerk of the Superior Court of the State of California in and for the County of Alameda.

6. A copy of this Notice of Removal, without exhibits, is also being served on plaintiff.

Dated: October 9, 2007

GORDON & REES LLP

By: _____
Alyson Cabrera
Attorneys for Defendants
MERRITT COLLEGE and SHIRLEY MACK

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On October 12, 2007, I served the within documents:

**Notice to State Court and Adverse Party of Filing of Notice of Removal to Federal Court**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

Kjell C. Bomark-Noel
Law Offices of Bomark-Noel
1124 East 14th Street, Suite B
San Leandro, CA 94577

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 12, 2007, at San Francisco, California.

_____
Faith Harris

Santos v. Merritt College, et al.
Alameda County Superior Court Case No. HG 07 7335828

-2-