1  STEPHANIE B. BRADSHAW (SBN: 170757)
   ALYSON S. CABRERA (SBN: 222717)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendants
   MERRITT COLLEGE
6  and SHIRLEY MACK

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9
   ELIZABETH SANTOS                ) CASE NO. C 07 5227 EMC
10                                 )
                   Plaintiff,      ) **CERTIFICATE OF SERVICE OF**
11                                 ) **ORDER SETTING INITIAL CASE**
       vs.                         ) **MANAGEMENT CONFERENCE AND**
12                                 ) **ADR DEADLINES; NOTICE OF**
   MERRITT COLLEGE, SHIRLEY MACK, an) **ASSIGNMENT OF CASE TO A U.S.**
13 individual and DOES 1-10, inclusive) **MAGISTRATE JUDGE FOR TRIAL;**
                                   ) **CONSENT/DISINCLINATION TO**
14                 Defendants.     ) **PROCEED BEFORE A U.S.**
                                     **MAGISTRATE JUDGE FORMS; ECF**
15                                   **REGISTRATION INFORMATION**
                                     **HANDOUT**
16

17

18     I, Faith Harris, certify and declare as follows:

19     I am over the age of 18 years and not a party to this action

20     My business residence is Gordon & Rees LLP, 275 Battery Street, 20th Floor, San

21 Francisco, California 94111, which is located in the city, county and state where the mailing

22 described below took place.

23     On October 15, 2007 I caused to be mailed to the adverse party at the Law Offices of

24 Bomark-Noel, 1124 East 14th Street, Suite B, San Leandro, California 94577 a copy of the Order

25 Setting Initial Case Management Conference and ADR Deadlines; Notice of Assignment of Case

26 to a U.S. Magistrate Judge for Trial; Consent to Proceed before a U.S. Magistrate Judge Form;

27 ECF Registration Information Handout.

28     I declare under penalty of perjury under the laws of the State of California that the

1  foregoing is true and correct.  Executed on October 15, 2007 in San Francisco, California

3  _____/s/_____
4  Faith Harris

-2-
Certificate of Service Case No.                                                              C 07 5227 EMC