1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8   ELIZABETH SANTOS

9                                           No. C   07 5227 EMC

10          Plaintiff(s),              **CONSENT TO PROCEED BEFORE A
                                        UNITED STATES MAGISTRATE JUDGE**

11      v.

12   MERRITT COLLEGE, SHIRLEY MACK, et
     al.,
13              Defendant(s).
     _____/

14

15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
                 October 17, 2007
21  Dated: _____          _____
                                             Signature
22                                                Alyson Cabrera
                                             Counsel for  Defendants
23                                           (Plaintiff, Defendant or indicate "pro se")

24

25

26

27

28