STEPHANIE B. BRADSHAW (SBN: 170757)
ALYSON CABRERA (SBN: 222717)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
MERRITT COLLEGE
and SHIRLEY MACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANTOS<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MERRITT COLLEGE, SHIRLEY MACK, an individual and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. C 07 5227 EMC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:　　　December 12, 2007<br>Time:　　　10:30 a.m.<br>Judge:　　　Hon. Edward M. Chen<br>Location:　　Courtroom C, 15th Fl.<br><br>Accompanying Papers: Memorandum of Points and Authorities in Support of Motion to Dismiss and [Proposed] Order |

PLEASE TAKE NOTICE that on Wednesday, December 12, 2007 at 10:30 a.m. or as soon thereafter as the matter may be heard in the above-entitled court, Defendants MERRITT COLLEGE and SHIRLEY MACK, will and hereby do move the Court to dismiss Plaintiff ELIZABETH SANTOS' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

This motion is made on the following grounds. First, Plaintiff's claims for violation of the Fair Employment and Housing Act ("FEHA") fail as a matter of law, as Plaintiff is not currently, nor has she ever been, an "employee" of Defendant MERRITT COLLEGE. Second,

1  Plaintiff's claims for "failure to prevent, investigate and remedy harassment" and for age
2  discrimination in violation of 42 U.S.C. section 1981 ("Section 1981") fail as a matter of law as
3  Section 1981 is strictly limited to claims of racial discrimination.  Third, Plaintiff's claim for
4  race discrimination in violation of Section 1981 fails as a matter of law because public entities
5  are not "persons" subject to suit, and an individual cannot be held liable for "discrimination"
6  under the statute.  Fourth, Plaintiff's claims for negligent misrepresentation and breach of
7  implied-in-fact contract fail as a matter of law because the Tort Claims Act abolished all
8  common law and judicially declared forms of liability against public entities.  Fifth, Plaintiff's
9  claim for intentional infliction of emotional distress fails as a matter of law because Plaintiff's
10 First Amended Complaint does not plead compliance with the claim presentation requirements of
11 the Tort Claims Act.
12         The motion will be based on this Notice of Motion and Motion, the Memorandum of
13 Points and Authorities filed herewith, and the pleadings and papers filed herein.

15 Dated:  October 17, 2007                   GORDON & REES LLP

17                                            By:   /s/ Alyson Cabrera
                                                    ALYSON CABRERA
18                                                  Attorneys for Defendants
                                                    MERRITT COLLEGE and
                                                    SHIRLEY MACK

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111