United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH SANTOS,

      Plaintiff,

   v.

MERRITT COLLEGE, et al.,

      Defendants.

_____/

Case No. C07-5227 EMC

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

**YOU ARE NOTIFIED THAT** the hearing on DEFENDANTS' MOTION TO DISMISS is set for **January 2, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Opposition shall be filed by December 12, 2007. Reply shall be filed by December 19, 2007.

Dated: November 13, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy