United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANTOS, | Case No. C07-5227 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| MERRITT COLLEGE, et al., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

**YOU ARE NOTIFIED THAT** the hearing on DEFENDANTS' MOTION TO DISMISS is reset from January 2, 2008 at 10:30 a.m. to **January 3, 2008 at 2:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Opposition shall be filed by December 12, 2007. Reply shall be filed by December 19, 2007.

Dated: December 4, 2007                                 FOR THE COURT,
                                                                          Richard W. Wieking, Clerk

                                                                          by: _____
                                                                                  Betty Fong
                                                                                  Courtroom Deputy