**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** January 3, 2008
**Case No:** C07-5227 EMC

**FTR Time:** 2:51-3:30 p.m.
**Court Reporter:** Kathy Wyatt

**Case Name:** Santos v. Merritt College, et al.

**Attorneys:** Richard Harper and Kjell Bomark-Noel for Plaintiff
Alyson Cabrera for Defendants

**Deputy Clerk:** Betty Fong

| PROCEEDINGS: | ORDERED AFTER HEARING: |
|---|---|
| - DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT | Attorney Richard Harper informed court that he will file Association of Counsel. Defendant's Motion is granted in part and denied in part. Plaintiff's Second Amended Complaint shall be filed within 40 days (by 2/12/08.) Court to issue order. |

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:**

cc: EMC