UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH SANTOS,
          Plaintiff(s),

v.

MERRITT COLLEGE, SHIRLEY MACK, an individual and DOES 1-10, inclusive,
          Defendant(s).

CASE NO. C 07 5227 EMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference February 27, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Kjell C. Bomark-Noel | Elizabeth Santos | (510) 352-1030 | bomark@sbcglobal.net |
| Stephanie B. Bradshaw | Merritt College and Shirley Mack | (415) 986-5900 | sbradshaw@gordonrees.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: February 17, 2008

Attorney for Plaintiff
Kjell C. Bomark-Noel

Dated: February 19, 2008

Attorney for Defendant
Stephanie B. Bradshaw

Rev 12.05

American LegalNet, Inc.
www.USCourtForms.com