**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANTOS, | Case No. C07-5227 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| MERRITT COLLEGE, et al., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

**YOU ARE NOTIFIED THAT** the Case Management Conference set for February 27, 2008 at 1:30 p.m. is reset for **May 14, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A Joint Case Management Conference Statement shall be filed by May 7, 2008.

Dated: February 27, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: /s/ Betty Fong
Betty Fong
Courtroom Deputy