STEPHANIE B. BRADSHAW (SBN: 170757)
NICOLE C. HARVAT (SBN: 200469)
ALYSON CABRERA (SBN: 222717)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
MERRITT COLLEGE
and SHIRLEY MACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANTOS,<br><br>    Plaintiff,<br><br>vs.<br><br>MERRITT COLLEGE, SHIRLEY MACK, an individual and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. C 07 5227 EMC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S "REVISED SECOND AMENDED COMPLAINT"**<br><br>Date:  May 14, 2008<br>Time:  10:30 a.m.<br>Dept:  Courtroom C, 15th Fl.<br>Judge: Hon. Edward M. Chen<br><br>Accompanying Papers: Memorandum of Points and Authorities; Declaration of Alyson Cabrera; [Proposed] Order |

PLEASE TAKE NOTICE that on May 14, 2008, at 10:30 a.m. or as soon thereafter as the matter may be heard in the above-entitled court, Defendants MERRITT COLLEGE and SHIRLEY MACK (collectively referred to as "Defendants"), will and hereby do move the Court to dismiss Plaintiff ELIZABETH SANTOS' "Revised Second Amended Complaint"[1] pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be

---

[1] For purposes of this Motion, and to avoid confusion going forward, Defendants shall refer to Plaintiff's "Revised Second Amended Complaint" as Plaintiff's "Third Amended Complaint" ("TAC").

-1-

granted. Additionally, Defendants will and hereby do move the Court to strike certain portions from Plaintiff's TAC pursuant to Federal Rule of Civil Procedure 12(f).

The Motion to Dismiss is made on the following grounds:

1. The relief which Plaintiff seeks as to her *First Cause of Action* does not provide for remedies, such as injunctive relief or monetary damages, and therefore, it should be dismissed with prejudice.

2. Plaintiff's *Second Cause of Action* for violation of the Age Discrimination Act of 1975 is barred as Plaintiff failed to timely exhaust the administrative remedies set forth in the Act and Code of Federal Regulations. Furthermore, because she failed to exhaust her administrative remedies, Plaintiff is precluded from seeking any equitable or other relief.

3. Plaintiff's *Third Cause of Action* for violation of California Government Code Section 11135 fails because she did not exhaust her administrative remedies before filing a private lawsuit.

4. The California Tort Claims Act abolished all common law or judicially declared forms of liability against public entities and for that reason alone, Plaintiff's *Fifth and Sixth Causes of Action* fail as a matter of law.

5. Additionally, Plaintiff failed to plead compliance with the claim presentation requirements set forth in the California Tort Claims Act and therefore, Plaintiff's *Fourth, Fifth and Sixth Causes of Action* fail as a matter of law.

Defendants' Motion to Strike is made on the following grounds: In addition to seeking dismissal of these six causes of action, Defendants also seek to strike, pursuant to Federal Rule of Civil Procedure 12(f), Plaintiff's reference to the Unruh Civil Rights Act as set forth in her TAC at 1:27-2:1. Plaintiff asserts that her action arises under various statutes, including the Unruh Civil Rights Act, but her TAC contains no cause of action for violation of the Unruh Civil

///

///

-2-

1  Rights Act, codified at California Civil Code sections 51 and 51.3, and no allegations that would
2  support such a claim. As such, the reference to this statute must be stricken.
3
4
5  Dated: March 20, 2008                              GORDON & REES LLP
6
7                                                    By:  /s/ Alyson Cabrera
8                                                        ALYSON CABRERA
                                                         Attorneys for Defendants
9                                                        MERRITT COLLEGE and
                                                         SHIRLEY MACK

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

ASCI/1046743/5470840v.1

-3-
Defendants' Notice of Motion and Motion to Dismiss Plaintiff's "Revised Second Amended Complaint"
Case No. C 07 5227 EMC