STEPHANIE B. BRADSHAW (SBN: 170757)
NICOLE C. HARVAT (SBN: 200469)
ALYSON CABRERA (SBN: 222717)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
MERRITT COLLEGE
and SHIRLEY MACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANTOS,<br><br>           Plaintiff,<br><br>vs.<br><br>MERRITT COLLEGE, SHIRLEY MACK, an individual and DOES 1-10, inclusive,<br><br>           Defendants. | CASE NO. C 07 5227 EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S "REVISED SECOND AMENDED COMPLAINT"**<br><br>Date:  May 14, 2008<br>Time:  10:30 a.m.<br>Dept:  Courtroom C, 15th Fl.<br>Judge:  Hon. Edward M. Chen |

      This matter came on regularly for hearing on Wednesday, May 14, 2008, at 10:30 a.m. in Courtroom C. Alyson Cabrera of Gordon & Rees LLP appeared on behalf of Defendants MERRITT COLLEGE and SHIRLEY MACK and Kjell C. Bomark-Noel and Richard Harper appeared on behalf of Plaintiff ELIZABETH SANTOS.

      Having considered the moving, opposition and reply papers, and argument of counsel at the hearing, and good cause appearing, the Court hereby GRANTS Defendants' Motion to Dismiss Plaintiff's "Revised Second Amended Complaint" pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Accordingly,

the Court hereby DISMISSES WITH PREJUDICE, Plaintiff's: (1) First Cause of Action for violation of Title VI of the Civil Rights Act of 1964; (2) Second Cause of Action for violation of the Age Discrimination Act of 1975; (3) Third Cause of Action for violation of California Government Code section 11135; (4) Fourth Cause of Action for intentional infliction of emotional distress; (5) Fifth Cause of Action for breach of contract; and (6) Sixth Cause of Action for negligent misrepresentation.

The Court further GRANTS Defendants' Motion to Strike Plaintiff's TAC at page 1, line 27, through page 2, line 1, pursuant to Federal Rule of Civil Procedure 12(f). Plaintiff's reference to the Unruh Civil Rights Act is immaterial and superfluous, inasmuch as Plaintiff's TAC contains no cause of action for violation of the Unruh Civil Rights Act, codified at California Civil Code sections 51 and 51.3, and there are no allegations in her TAC that would support such a claim. As such, the reference to the Unruh Civil Rights Act, as contained in Plaintiff's TAC, is stricken in its entirety.

IT IS SO ORDERED.

Dated: _____

HON. EDWARD M. CHEN

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

ASCI/1046743/5531061v.1

-2-

[Proposed] Order Granting Defendants' Motion to Dismiss Plaintiff's Revised Second Amended Complaint
Case No. C 07 5227 EMC