UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANTOS, | Case No. C07-5227 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| MERRITT COLLEGE, et al., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

**YOU ARE NOTIFIED THAT** the hearing on DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S REVISED SECOND AMENDED COMPLAINT is reset from May 14, 2008 at 10:30 a.m. to **May 14, 2008 at 2:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Opposition shall be filed by April 23, 2008. Reply shall be filed by April 30, 2008.

///

///

///

///

    PLEASE FURTHER NOTIFIED THAT the Case Management Conference set for May 14, 2008 at 1:30 p.m. is reset for **May 14, 2008 at 2:30 p.m.** A Joint Case Management Conference Statement shall be filed by May 7, 2008.

Dated: March 21, 2008
                                      FOR THE COURT,
                                      Richard W. Wieking, Clerk

                                  by: _____
                                      Betty Fong
                                      Courtroom Deputy

**United States District Court**
For the Northern District of California