1 | Kjell C. Bomark-Noel, Esq. (SBN 147494)
LAW OFFICES OF BOMARK-NOEL
2 | 1124 East 14th Street, Suite B
San Leandro, California 94577
3 | (510) 352-1030

4 | Richard C. Harper, Esq. (SBN 99758)
LAW OFFICE OF RICHARD C. HARPER
5 | 7 C Street
Tracy, California 95376
6 | (209) 834-2399

7 | **Attorneys for Plaintiff:**
**ELIZABETH SANTOS**
8 |

9 | STEPHANIE B. BRADSHAW (SBN 170757)
ALYSON CABRERA (SBN 222717)
GORDON & REES LLP
10 | EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
11 | SAN FRANCISCO, CA 94111
TELEPHONE: (415) 986-5900
12 | FACSIMILE: (415) 986-8054

13 | ATTORNEYS FOR DEFENDANTS
MERRITT COLLEGE
14 | AND SHIRLEY MACK

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 |

| ELIZABETH SANTOS | CASE NO. C 07 5227 EMC |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF PARTIES TO MOVE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S REVISED SECOND AMENDED COMPLAINT** |
| vs. | |
| MERRITT COLLEGE, SHIRLEY MACK, an individual and DOES 1-10, inclusive, | JUDGE: HON. EDWARD M. CHEN
LOCATION: COURTROOM C, 15TH FL. |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their designated and undersigned counsel that Plaintiff's counsel is granted a two week extension due to illness, to file Plaintiff's opposition to Defendants' Motion to Dismiss Plaintiff's Revised Second Amended Complaint. Plaintiff's opposition shall be filed by May 7, 2008 and

1  Defendants' reply shall be filed by May 14, 2008.  The hearing on Defendants' Motion to
2  Dismiss Plaintiff's Revised Second Amended Complaint shall be reset from May 14, 2008 at
3  2:30pm to May 28, 2008 at 3:00pm before Magistrate Judge Edward M. Chen in Courtroom C,
4  15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

DATED: April 21, 2008

**LAW OFFICE OF RICHARD C. HARPER**

_/s/ Richard Harper_
**RICHARD HARPER, ESQ.**
Attorneys for Plaintiff:
ELIZABETH SANTOS

DATED: April 23, 2008

**GORDON & REES LLP**

**STEPHANIE BRADSHAW, ESQ.**
Attorneys for Defendants:
MERRITT COLLEGE and SHIRLEY MACK

DATED:

**MAGISTRATE JUDGE EDWARD M. CHEN**
United States District Court