1  Kjell C. Bomark-Noel, Esq. (SBN 147494)
   LAW OFFICES OF BOMARK-NOEL
2  1124 East 14th Street, Suite B
   San Leandro, California 94577
3  (510) 352-1030

4  Richard C. Harper, Esq. (SBN 99758)
   LAW OFFICE OF RICHARD C. HARPER
5  7 C Street
   Tracy, California 95376
6  (209) 834-2399

7  **Attorneys for Plaintiff:**
   **ELIZABETH SANTOS**
8

9  STEPHANIE B. BRADSHAW (SBN 170757)
   ALYSON CABRERA (SBN 222717)
   GORDON & REES LLP
10 EMBARCADERO CENTER WEST
   275 BATTERY STREET, SUITE 2000
11 SAN FRANCISCO, CA 94111
   TELEPHONE: (415) 986-5900
12 FACSIMILE: (415) 986-8054

13 ATTORNEYS FOR DEFENDANTS
   MERRITT COLLEGE
14 AND SHIRLEY MACK

15                  **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17

18 ELIZABETH SANTOS                    CASE NO. C 07 5227 EMC

19                                     **JOINT STIPULATION OF PARTIES TO**
                   Plaintiff,          **MOVE DEFENDANTS' MOTION TO**
20                                     **DISMISS PLAINTIFF'S REVISED**
         vs.                           **SECOND AMENDED COMPLAINT**
21
   MERRITT COLLEGE, SHIRLEY MACK,
22 an individual and DOES 1-10, inclusive,   JUDGE: HON. EDWARD M. CHEN
                                             LOCATION: COURTROOM C, 15TH FL.
23                 Defendants.
                                    /
24

25 IT IS HEREBY STIPULATED AND AGREED by and between the parties through their

26 designated and undersigned counsel that Plaintiff's counsel is granted a two week extension due

27 to illness, to file Plaintiff's opposition to Defendants' Motion to Dismiss Plaintiff's Revised

28 Second Amended Complaint. Plaintiff's opposition shall be filed by May 7, 2008 and

1 | Defendants' reply shall be filed by May 14, 2008. The hearing on Defendants' Motion to
2 | Dismiss Plaintiff's Revised Second Amended Complaint shall be reset from May 14, 2008 at
3 | 2:30pm to May 28, 2008 at 3:00pm before Magistrate Judge Edward M. Chen in Courtroom C,
4 | 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The case management conference shall be reset from May 14, 2008 to May 28, 2008 at 3:00 p.m. A Joint Case
5 | Management Statement shall be filed by May 21, 2008.
6 | DATED: APRIL 21, 2008                    **LAW OFFICE OF RICHARD C. HARPER**

            /s/ Richard Harper
            **RICHARD HARPER, ESQ.**
            Attorneys for Plaintiff:
            ELIZABETH SANTOS

DATED: April 23, 2008                    **GORDON & REES LLP**

            **STEPHANIE BRADSHAW, ESQ.**
            Attorneys for Defendants:
            MERRITT COLLEGE and SHIRLEY MACK

DATED:

**MAGISTRATE JUDGE EDWARD M. CHEN**
United States District

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen