UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANTOS, | Case No. C07-5227 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| MERRITT COLLEGE, et al., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

**YOU ARE NOTIFIED THAT** the hearing on **(1) DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S REVISED SECOND AMENDED COMPLAINT and (2) CASE MANAGEMENT CONFERENCE** are reset from May 28, 2008 at 3:00 p.m. to **June 25, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. An updated joint case management statement shall be filed by June 18, 2008.

Dated: May 15, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: /s/ Betty Fong
Betty Fong
Courtroom Deputy