**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

**EDWARD M. CHEN**                                          **Date:  June 25, 2008**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     **C-07-05227 EMC**

**Title:**       ELIZABETH SANTOS v. MERRITT COLLEGE

**Attorneys:**   Plaintiff: Richard Harper          Defendant: Alyson Cabrera

**Deputy Clerk:**       Lili M. Harrell          **Court Reporter:**     Belle Ball
                                                 (Time: 11:00am-11:30am)

<u>**PROCEEDINGS:**</u>                                          <u>**RULINGS:**</u>

Defendants' Motion to Dismiss Plaintiff's Revised Second          Granted in part
Amended Complaint

**ORDERED AFTER HEARING:**   Defendants' motion is converted partially into a motion for summary judgment. Court to set schedule.

**ORDER TO BE PREPARED BY:** [ ] Plaintiff [ ] Defendant [X] Court

**Case Continued to:**

Notes:

cc: