

1  STEPHANIE B. BRADSHAW  (SBN:  170757)
   NICOLE C. HARVAT  (SBN:  200469)
2  ALYSON CABRERA  (SBN:  222717)
   GORDON & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendants
   MERRITT COLLEGE
7  and SHIRLEY MACK

8

9

                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13  ELIZABETH SANTOS,                          ) CASE NO. C 07 5227 EMC
                                               )
14                      Plaintiff,             ) **DECLARATION OF ALYSON**
                                               ) **CABRERA IN SUPPORT OF**
15       vs.                                   ) **DEFENDANTS' REPLY TO**
                                               ) **PLAINTIFF'S OPPOSITION TO**
16  MERRITT COLLEGE, SHIRLEY MACK, an          ) **DEFENDANTS' MOTION FOR**
    individual and DOES 1-10, inclusive,       ) **SUMMARY JUDGMENT**
17                                             )
                        Defendant.             )
18  ───────────────────────────────────────────

19

20

21  I, ALYSON CABRERA, declare:

22       1.    I am an attorney at the law firm of Gordon & Rees LLP.  I have personal

23  knowledge of the matters contained in this declaration and if called to testify to them could and

24  would do so competently.

25       2.    Attached hereto as **Exhibit A** is a true and correct copy of correspondence dated

26  July 22, 2008 from Alyson Cabrera to Kjell C. Bomark-Noel and Richard Charles Harper and the

27  proof of service of documents responsive to Judge Chen's Order, dated July 1, 2008.

28                                      -1-
    ───────────────────────────────────────────────────────────────────────────
    DECLARATION OF ALYSON CABRERA IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO
    DEFENDANTS' MOTION FOR SUMMARY JUDGMENT                                  C 07 5227 EMC

*Sidebar (left margin):* Gordon & Rees LLP  275 Battery Street, Suite 2000  San Francisco, CA 94111

1    I declare under penalty of perjury under the laws of the State of California that the

2  foregoing is true and correct.  Executed this 14th day of August, 2008, in San Francisco,

3  California.

4

5  Dated:  August 14, 2008                    GORDON & REES LLP

6

7                                            By:  _____
                                                  ALYSON CABRERA
8                                                 Attorneys for Defendants
                                                  MERRITT COLLEGE and
                                                  SHIRLEY MACK
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-

ASCI/1046743/5881663v.1

DECLARATION OF ALYSON CABRERA IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT                                        C 07 5227 EMC

# EXHIBIT A

ALYSON S. CABRERA
ACABRERA@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

July 22, 2008

Kjell C. Bomark-Noel
Richard Charles Harper
Law Offices of Bomark-Noel
1124 E. 14th St.
Suite B
San Leandro, CA 94577

> Re:　**Elizabeth Santos v. Merritt College, et al.**
> United States District Court-Northern District of California C-07-5227-EMC

Dear Mr. Bomark-Noel and Mr. Harper:

Enclosed please find documents responsive to the document request set forth in Judge Chen's Order, labeled MC 0001through MC 0032.

Thank you for your attention to this matter.

Very truly yours,

GORDON & REES LLP

Alyson S. Cabrera

ASC:cl
Enclosures

ASCI/1046743/5825918v.1

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On July 22, 2008, I served the within documents:

### DOCUMENTS RESPONSIVE TO DOCUMENT SET FORTH IN JUDGE CHEN'S ORDER, LABELED MC 0001 THROUGH MC 0032

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at , addressed as set forth below.

Kjell C. Bomark-Noel
Richard Charles Harper
Law Offices of Bomark-Noel
1124 E. 14th St.
Suite B
San Leandro, CA 94577

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 22, 2008 at , California.

_____
Chrystal Leverenz

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111