STEPHANIE B. BRADSHAW (SBN: 170757)
ALYSON CABRERA (SBN: 222717)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
PERALTA COMMUNITY COLLEGE DISTRICT
and SHIRLEY MACK

LAW OFFICES OF BOMARK-NOEL
1124 East 14th Street, Suite B
San Leandro, CA 94577
Telephone: (510) 352-1030

Attorneys for Plaintiff
ELIZABETH SANTOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANTOS,<br><br>  Plaintiff,<br><br> vs.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT; SHIRLEY MACK, an individual and DOES 1-10, inclusive,<br><br> Defendants. | CASE NO. C 07 5227 EMC<br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE**<br><br>SETTLEMENT JUDGE:<br>MAGISTRATE JUDGE LARSON |

### RECITALS AND STIPULATION

Whereas counsel for Plaintiff ELIZABETH SANTOS, Kjell Bomark Noel, has been hospitalized at Eden Medical Center since September 11, 2009;

Whereas the hearing on Defendants' Summary Judgment Motion has been continued by Judge Chen to October 21, 2009 as a result of this hospitalization;

Whereas the settlement conference in this matter is scheduled to occur before Judge Larson on the same date, October 21, 2009;

- 1 -
Stipulation and [Proposed] Order Re Settlement Conference   C 07 5227 EMC

1  Whereas Judge Chen will not have time to consider the arguments at hearing and to issue
2  a ruling on Defendants' motion prior to the parties attending the settlement conference;
3  Whereas Defendants will not have monetary authority for case resolution until after
4  Judge Chen issues a ruling on Defendants' Motion for Summary Judgment;
5  Given that there is good cause to continue the settlement conference in light of the
6  circumstances, the parties hereby agree and STIPULATE as follows:
7  The settlement conference scheduled in this matter before Judge Larson for October 21,
8  2009 shall be vacated, and counsel for the parties will contact Judge Larson's chambers after the
9  hearing on Defendants' Motion for Summary Judgment to reschedule the settlement conference
10 for a new date.

11 Dated: 10-6-09

GORDON & REES LLP

By _____
ALYSON CABRERA
Attorneys for Defendants
PERALTA COMMUNITY
COLLEGE DISTRICT and
SHIRLEY MACK

Dated: 10/6/09

LAW OFFICES OF BOMARK-NOEL

By _____

Attorneys for Plaintiff
ELIZABETH SANTOS

**[PROPOSED] ORDER**

Pursuant to the above stipulation, the settlement conference scheduled in this matter before Judge Larson for October 21, 2009 shall be vacated, and counsel for the parties shall contact Judge Larson's chambers after the hearing on Defendants' Motion for Summary Judgment to reschedule the settlement conference for a new date.

IT IS SO ORDERED.

Dated: October 6, 2009

_____
Magistrate Judge James Larson

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111