STEPHANIE B. BRADSHAW (SBN: 170757)
ALYSON CABRERA (SBN: 222717)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
PERALTA COMMUNITY COLLEGE DISTRICT
and SHIRLEY MACK

LAW OFFICES OF BOMARK-NOEL
1124 East 14th Street, Suite B
San Leandro, CA 94577
Telephone: (510) 352-1030

Attorneys for Plaintiff
ELIZABETH SANTOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANTOS<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT;<br>SHIRLEY MACK, an individual and DOES 1-10,<br>inclusive,<br><br>　　　　　　Defendants. | CASE NO. C 07 5227 EMC<br><br>PARTIES' STIPULATION AND<br>[PROPOSED] ORDER RE TRIAL<br>CONTINUANCE<br><br>AND SETTING CMC<br><br>Trial Date: December 14, 2009 |

## RECITALS AND STIPULATION

Whereas Defendants filed a timely Motion for Summary Judgment in this action on August 19, 2009;

Whereas Plaintiff filed a timely Opposition to Defendants' Motion for Summary Judgment on September 2, 2009;

Whereas Defendants filed a timely Reply brief in support of their Motion for Summary Judgment on September 9, 2009;

- 1 -
Parties' Stipulation and [Proposed] Order Re Trial Continuance    C 07 5227 EMC

1  Whereas counsel for Plaintiff, Kjell Bomark-Noel, was hospitalized at Eden Medical Center from September 11, 2009 through October 7, 2009;

Whereas Judge Chen twice continued, at the request of Plaintiff's counsel, the September 23, 2009 hearing on Defendants' Summary Judgment Motion as a result of Plaintiff's counsel's hospitalization;

Whereas the Court ultimately heard Defendants' Motion for Summary Judgment on October 21, 2009;

Whereas the Court requested supplemental briefing from the parties at the hearing on Defendants' Summary Judgment Motion;

Whereas the parties timely submitted supplemental briefing on October 23, 2009, with respect to Defendants' Summary Judgment Motion;

Whereas the Court has not issued a ruling on Defendants' Summary Judgment Motion to date;

Whereas the November 5, 2008 Case Management and Pretrial Order for Jury Trial states that in preparation for the December 14th trial date, the parties must submit, file and/or exchange extensive trial materials by **Friday, November 13, 2009**, including a Joint Pretrial Statement (setting forth all claims/defenses and disputed factual issues "which remain to be decided"); Trial Briefs; Motions In Limine; Exhibit Lists (including the substance and purpose of each document and sponsoring witness); and pre-marked exhibits;

Whereas preparing the required materials by Friday November 13, 2009 is extremely costly, impracticable and will prejudice both parties, in that, the parties cannot currently ascertain the scope of issues to be presented at trial, or what, if any, claims/defenses/issues and/or parties will "remain" in the case following the Court's ruling on Defendants' Summary Judgment Motion;

Whereas even if the Court issues a ruling on Defendants' Summary Judgment Motion this week, there will be insufficient time for the parties to prepare the voluminous required trial materials, in a thoughtful and thorough manner, by Friday November 13, 2009;

Whereas the parties may still desire an opportunity to participate in a Settlement

- 2 -
Parties' Stipulation and [Proposed] Order Re Trial Continuance   C 07 5227 EMC

1  Conference before Magistrate Judge Larson following this Court's ruling on Defendants'
2  Summary Judgment Motion prior to expending significant resources and incurring the expense of
3  trial preparation;
4      Whereas there is good cause to continue the December 14, 2009 trial date in light of the
5  circumstances, the parties hereby agree and STIPULATE as follows:
6      The trial scheduled in this matter before Judge Chen for December 14, 2009 shall be
7  immediately vacated. In the event that Defendants' Summary Judgment Motion is not granted
8  in full, the Court shall issue an Order setting a Trial Setting Conference, at which time, the
9  parties will appear before, and confer with, the Court to set a new trial date in this action.

10  Dated: 11-10-09

11                             GORDON & REES LLP

12                             By _____
13                             ALYSON CABRERA
                           Attorneys for Defendants
14                             PERALTA COMMUNITY
                           COLLEGE DISTRICT and
15                             SHIRLEY MACK

16  Dated: 11-10-09            LAW OFFICES OF BOMARK-NOEL

17                             By _____
18                             KJELL BOMARK-NOEL
                           Attorneys for Plaintiff
19                             ELIZABETH SANTOS

20                     **[PROPOSED] ORDER**

21      Pursuant to the above stipulation, the trial scheduled in this matter before Judge Chen for
22  December 14, 2009, IS HEREBY VACATED. In the event that Defendants' Summary
23  Judgment Motion is not granted in full, the Court shall issue an Order setting a Trial Setting
24  Conference, at which time, the Court will set a new trial date in this action. A CMC is set for
25                                                        12/23/09 at 2:30 p.m.
26  IT IS SO ORDERED.

27  Dated: 11/12/09
28                             Honorable Magistrate Judge Chen

*IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen*

- 3 -
Parties' Stipulation and [Proposed] Order Re Trial Continuance

*(left margin: Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111)*